CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 13 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RHINEHEART JACKSON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:04-CV-00623 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| SERGEANT DOUGLAS, | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | United States District Judge |

Plaintiff Rhineheart Jackson, a Virginia inmate proceeding pro se, brought an action under the Civil Rights Act, 42 U.S.C. § 1983, with jurisdiction vested under 28 U.S.C. § 1343. On April 14, 2005, the court informed Jackson that service on the defendant had been refused, because the defendant no longer worked at the address provided by Jackson. The court directed Jackson to provide an updated address within twenty (20) days if Jackson was still interested in pursuing his claims. Jackson has not provided the requested information. Therefore, this court dismisses this petition without prejudice for failure to prosecute. If Jackson wishes to pursue this matter he may refile the complaint with the required information. An appropriate order will be entered this day.

ENTER: This 13th day of May, 2005.

/s/ Glen E. Conrad
UNITED STATES DISTRICT JUDGE